IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Hernandez McDonald, Jr.,<br><br>              Plaintiff,<br><br>v.<br><br>TransUnion, LLC,<br><br>              Defendant. | No. CV 16-00700-PHX-DMF<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff filed a Complaint (Doc. 1) and an Application for Leave to Proceed *In Forma Pauperis* (Doc. 2) on March 15, 2016. On March 21, 2016, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis* and ordered Plaintiff to return the service packet for Defendant TransUnion, LLC, within 21 days of the filing of the Order. (Doc. 5.) Plaintiff was required to return the service packet for Defendant TransUnion, LLC, by April 11, 2016. Plaintiff was warned that "[t]he United States Marshal will not provide service of process if Plaintiff fails to comply with this Order." (Doc. 5.) To date, Plaintiff has not returned the service packet for Defendant TransUnion, LLC.

     **IT IS THEREFORE ORDERED that** the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 21 days for his failure to comply with the Court's orders.

/ / /

/ / /

/ / /

1  Dated this 28th day of April, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge